UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED

DEC 30 2024

LISA H. HANEY
CLERK OF COURT
WESTERN DISTRICT OF TENN.

In re

Shunquita Martin

Debtor(s)

Case No. __23-23404__

Chapter __13__

## PRO SE MOTION FOR PAYMENT OF UNCLAIMED FUNDS

It appears to the Court that the following movant-claimant ("claimant") asserts entitlement to certain monies that have been paid over to the Clerk of the United States Bankruptcy Court as unclaimed funds in the amount of $ __4,874.11__ .

Claimant's Name: __Shunquita Martin__
(Name) (Please Print)

Claimant's Address: __5414 Maple Ridge Rd__
(Street address) (Please Print)

__Memphis, Tennessee 38134__
(City, State, and Zip Code) (Please Print)

\*\*\* **Claimant must attach copy of official government photo ID or social security card**\*\*\*
**to this motion.**

The movant-claimant certifies, under penalty of perjury, that he/she is entitled to receive the requested funds based upon (check the box(es) that apply):

☒ The claimant is the owner of said funds and appears as the owner on the records of the Court.

☐ The claimant is seeking to claim funds deposited in the name of another individual or business or corporation, as evidenced by the attached Affidavit and other identifying documents.

☐ The claimant is the personal representative of the owner's estate or the sole heir of the owner who is deceased, as evidenced by the attached Affidavit and other identifying documents.

☐ The claimant is the assignee or successor-in-interest of the owner's claim to said funds, as evidenced by the attached Affidavit or Assignment of Right.

This motion is submitted with the necessary documents to prove claimant's identity and status, and the owner's claim of entitlement. (Documents may include power of attorney, formal assignment, letter of appointment, court order, death certificate, probate documents, drivers license, social security card, proof of rights to claim, etc.)

The claimant also certifies that a reasonable investigation has been conducted. The funds

1

have not been previously paid; are not in dispute; no other motion is pending for recovery of funds; and claimant/owner is entitled to funds or has the authority to collect the funds as evidenced by proper attachments.

    Claimant requests that the Court enter an Order directing payment of the unclaimed funds described above to the claimant in accordance with the documents submitted in support of the application.

_____Shanquita M._____
Claimant's signature

_____5414 Maple Ridge Rd_____
Address

_____Memphis    TN    38134_____
City, State, Zip Code

_____612 528 6817_____
Telephone number (including area code)

_____12/23/24_____
Date

\*\*\* This motion may be continued from time to time by oral announcement made in open court. The Court will prepare the order granting or denying the motion after the hearing date. Checks typically will be processed and mailed to claimant at the above address within six to eight weeks after the hearing.

THE UNITED STAES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

------------------------------------------------X

Re:

    Shunquita Martin

              Debtor(s).

Case No. 23-23404

Chapter 13

------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on __December 23, 2024__, a copy of
(Date of Service/Mailing)

__Unclaimed Funds application and suporting documentation__,
(Title of Document(s) served)

deposited in an enclosed, properly addressed postage paid envelope, and served by

__First Class Mail__
(Method of Delivery, e.g. Federal Express Overnight, U.S. Post Office Priority Mail....)

on the following:

Office Of The United States Attorney
Western District Of Tennessee
200 Jefferson Ave, Suite 500
Memphis, TN 38103

Dated: __December 23, 2024__

Signature: _Shunquita M._
Print Name: Shunquita Martin
Address: 5714 Wynde Ridge Rd
Memphis TN 38134

Phone: 612 528 6817
Email: Shun.quitadiary@gmail.co

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TENNESSEE

In re:                                )
                                      )
    Shunquita Martin                  )    Case No. __23-23404__
                                      )    Chapter: 13
        Debtor(s)                     )

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The court has considered the Application For Payment Of Unclaimed Funds filed by _____Shunquita Martin_____ [claimant] requesting payment of unclaimed funds in the amount of $__4,874.11__. The application and the documents attached establish that the claimant is entitled to the unclaimed funds; and the court having verified that the funds are available for distribution to this claimant.

Accordingly,

   **IT IS ORDERED** that the Application for Payment of Unclaimed Funds is GRANTED.

   **IT IS FURTHER ORDERED** that the Clerk of Court issue a check in the amount of $__4,874.11__ payable to _____Shunquita Martin_____ [owner of record] at the following address: _____5414 Maple Ridge Road_____ _____Memphis_____ _____Tennessee_____ _____38134_____ .

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

BY THE COURT

_____

United States Bankruptcy Judge

Dated: July 16, 2024
The following is ORDERED:

_____
M. Ruthie Hagan
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Unclaimed Funds in                                    Misc. No._____
         Chapter 13 Cases

### APPLICATION AND ORDER

Comes Jennifer K. Cruseturner, Chapter 13 Trustee, and states:

1. Payments made to the following payees in the sum indicated and from the debtor's cases indicated have not been claimed and the cases have been closed.

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 19-20369-H | STEPHANIE COHENS | 8014846 | STEPHANIE COHENS<br>577 LEAVERT AVE<br>MEMPHIS, TN  38127 | $250.00<br><br>CHECK DATE<br>03/06/2024 |
| 22-24314-H | LOIS JEAN BUTLER | 8015019 | CARCHOICE OF MEMPHIS INC<br>C/O DINKELSPIEL, RASMUSSEN &<br>MINK PLLC<br>1669 KIRBY PKWY SUITE 106<br>MEMPHIS, TN  38120 | $190.00<br><br>CHECK DATE<br>03/10/2024 |
| 18-30405-H | BARBARA LEE HOOPER | 8015151 | EZ CASH<br>1656 SYCAMORE VIEW ROAD<br>MEMPHIS, TN  38134 | $48.39<br><br>CHECK DATE<br>03/10/2024 |
| 19-20382-B | VENITA LIZETTE MOORE | 8015152 | EZ CASH<br>FKA CASH MART<br>1656 SYCAMORE VIEW ROAD<br>MEMPHIS, TN  38134 | $37.90<br><br>CHECK DATE<br>03/10/2024 |

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 21-22958-H | DARRON LYNN SHAW | 8015391 | MEMPHIS TOWERS 1081 COURT MEMPHIS, TN 38104 | $35.00 CHECK DATE 03/10/2024 |
| 20-23775-H | THELMA JEAN GIAMINETTI | 8015412 | WILLIAM E MILLER & ASSOCIATES PO BOX 242 THOMPSONS STATION, TN 37179-0242 | $238.71 CHECK DATE 03/10/2024 |
| 20-21388-H | JAIME GERONIMO PAGULAYAN FATIMA FARILLON PAGULAYAN | 8015520 | QUICK LEND 500 GRAPEVINE RD SUITE 402 HURST, TX 76054 | $76.49 CHECK DATE 03/10/2024 |
| 18-25236-H | DOROTHY JEAN HUMPHRIES | 8015624 | SPECIALTY ORTHOPEDICS 7670 ELIZABETH CIRCLE OLIVE BRANCH, MS 38654 | $32.90 CHECK DATE 03/10/2024 |
| 18-29711-B | NATHALYN JEANEE WORSHIP | 8015624 | SPECIALTY ORTHOPEDICS 7670 ELIZABETH CIRCLE OLIVE BRANCH, MS 38654 | $154.34 CHECK DATE 03/10/2024 |
| 20-20624-H | CRYSTAL MARIE SOTELO | 8015651 | SUPER CAR AUTO SALES 2531 LAMAR AVE MEMPHIS, TN 38114 | $2,199.00 CHECK DATE 03/10/2024 |
| 21-24168-H | DANNY B LIVINGSTON | 8015823 | DANNY B LIVINGSTON 2743 CORAL DR MEMPHIS, TN 38127 | $262.00 CHECK DATE 03/10/2024 |
| 23-25859-B | DESTINY S WASHINGTON | 8015827 | DESTINY S WASHINGTON 1259 HABART AVE MEMPHIS, TN 38104 | $52.22 CHECK DATE 03/10/2024 |
| 18-30461-H | LAVETA VONSHA HUEY | 8015839 | LAVETA VONSHA HUEY 4911 SHAYNE LANE MEMPHIS, TN 38109 | $647.66 CHECK DATE 03/10/2024 |
| ✓ 23-23404-B | SHUNQUITA SHINTA MARTIN | 8015847 | SHUNQUITA SHINTA MARTIN 5414 MAPLE RIDGE ROAD MEMPHIS, TN 38134 | $534.00 CHECK DATE 03/10/2024 |
| ✓ 23-23404-B | SHUNQUITA SHINTA MARTIN | 8015848 | SHUNQUITA SHINTA MARTIN 5414 MAPLE RIDGE ROAD MEMPHIS, TN 38134 | $4,340.11 CHECK DATE 03/10/2024 |
| 23-25528-B | TOMISHIA DENISE STANDBACK | 8015851 | TOMISHIA DENISE STANDBACK 2826 S MENDENHALL ROAD MEMPHIS, TN 38115 | $48.22 CHECK DATE 03/10/2024 |
| 16-24974-H | ANDRELLE SWIFT LUSTER | 8015873 | KENNETH JOHNSON DBA KENNETH JOHNSON PROPERTIES 5082 SOUTHINGTON AVENUE MEMPHIS, TN 38118 | $397.96 CHECK DATE 03/11/2024 |

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 23-23739-H | LASHERMIA GATHING | 8015918 | LASHERMIA GATHING<br>7866 AUTUMN GLADE LANE<br>CORDOVA, TN  38016 | $610.22<br><br>CHECK DATE 03/14/2024 |
| 18-30371-B | ASHLEY TAYLOR JOHNSON | 8015920 | BK1 SOLUTIONS<br>PO BOX 64600<br>CHICAGO, IL  60664 | $33.92<br><br>CHECK DATE 03/14/2024 |
| 18-30461-H | LAVETA VONSHA HUEY | 8015969 | LAVETA VONSHA HUEY<br>4911 SHAYNE LANE<br>MEMPHIS, TN  38109 | $141.00<br><br>CHECK DATE 03/18/2024 |
| 20-20927-B | JARVIS RAYMOND HARWELL<br>ASHLEY NICOLE HARWELL | 8015971 | JARVIS RAYMOND HARWELL  &  ASHLEY NICOLE HARWELL<br>4 MALLARD COVE<br>COVINGTON, TN  38019 | $89.51<br><br>CHECK DATE 03/18/2024 |
| 18-26070-B | LATONYA WEBB COOPER | 8015972 | LATONYA WEBB COOPER<br>6025 STAGE RD SUITE 42-179<br>BARTLETT, TN  38134 | $118.33<br><br>CHECK DATE 03/18/2024 |
| 19-25041-B | TIFFANY YVETTE SMITH | 8015994 | TIFFANY YVETTE SMITH<br>8061 HAVERSHAM WAY #101<br>MEMPHIS, TN  38119 | $150.87<br><br>CHECK DATE 03/19/2024 |
| 19-29573-B | GWENDOLYN DENISE STOUT | 8016065 | GWENDOLYN DENISE STOUT<br>1841 EAST PERSON<br>MEMPHIS, TN  38114 | $79.43<br><br>CHECK DATE 03/22/2024 |
| 20-20624-H | CRYSTAL MARIE SOTELO | 8016075 | SUPER CAR AUTO SALES<br>2531 LAMAR AVE<br>MEMPHIS, TN  38114 | $358.00<br><br>CHECK DATE 03/22/2024 |
| 18-25236-H | DOROTHY JEAN HUMPHRIES | 8016108 | SPECIALTY ORTHOPEDICS<br>7670 ELIZABETH CIRCLE<br>OLIVE BRANCH, MS  38654 | $162.24<br><br>CHECK DATE 03/27/2024 |
| 19-25041-B | TIFFANY YVETTE SMITH | 8016123 | TIFFANY YVETTE SMITH<br>8061 HAVERSHAM WAY #101<br>MEMPHIS, TN  38119 | $138.00<br><br>CHECK DATE 03/28/2024 |
| 20-20927-B | JARVIS RAYMOND HARWELL<br>ASHLEY NICOLE HARWELL | 8016133 | JARVIS RAYMOND HARWELL  &  ASHLEY NICOLE HARWELL<br>4 MALLARD COVE<br>COVINGTON, TN  38019 | $62.00<br><br>CHECK DATE 04/01/2024 |
| 19-23700-B | MISTY SMALL | 8016166 | MISTY SMALL<br>1115 ROZELLE<br>MEMPHIS, TN  38106 | $1,242.74<br><br>CHECK DATE 04/02/2024 |
| 18-28940-B | GEORGE KENDALL SHANKLIN<br>SHANNON RENEE SHANKLIN | 8016167 | NATIONSTAR MORTGAGE LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 619094<br>DALLAS, TX  75261 | $1,019.59<br><br>CHECK DATE 04/02/2024 |

| CASE NO | DEBTOR NAME | CHECK # | PAYEE | AMOUNT |
|---|---|---|---|---|
| 18-30199-B | LEWIS EDWARD GROSS LINDA G GROSS | 8016170 | LEWIS EDWARD GROSS & LINDA G GROSS 11649 BELLE MANOR DR ARLINGTON, TN 38002 | $903.43 CHECK DATE 04/02/2024 |

2. That all the attached list of cases have heretofore been closed out, and applicant is of the belief that the funds should be turned over to the Bankruptcy Court Clerk pursuant to 11 U.S.C. Section 347(a).

WHEREFORE, your Trustee prays for the entry of an order authorizing the turnover to the Bankruptcy Court Clerk the sum of $14,654.18 representing unclaimed funds pursuant to 11 U.S.C. sec 347(a).

/s/ Jennifer K. Cruseturner
Jennifer K. Cruseturner
Chapter 13 Trustee

## ORDER

Upon consideration of the foregoing, the Court finds the application to be well founded,

IT IS THEREFORE ORDERED, that Jennifer K. Cruseturner, the Standing Trustee, pursuant to 11 U.S.C. sec 347(a) issue a check to the Bankruptcy Court Clerk in the amount of $14,654.18 representing unclaimed funds on the attached list of cases.

cc: TRUSTEE
    BANKRUPTCY COURT CLERK