**Dated: February 27, 2025**
**The following is ORDERED:**

_____
**Denise E. Barnett**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

In re:
**ShunQuita Shinta Martin,**                                                    Case No.: 23-23404
                    Debtor.                                                              Chapter 13
_____/

**ORDER DENYING MOTION**
**FOR PAYMENT OF UNCLAIMED FUNDS**

This case came before the Court on February 25, 2025, at 10:30 a.m., on a *Pro Se Motion for Payment of Unclaimed Funds* ("Motion"), purportedly filed by Ms. ShunQuita Martin's ("Debtor's") (ECF No. 50). Upon review of the record and for the reasons outlined in this order, the Court denies the Motion.

On June 12, 2023, the Debtor filed a voluntary petition commencing a case under chapter 13 of the Bankruptcy Code. (ECF No. 1). On December 30, 2024, the Motion (ECF No. 50) with personal supporting documentation (ECF No. 51) seeking to recover $4,878.11 in surplus funds. On February 25, 2025, a hearing was held on the Motion. At the hearing, the applicant or claimant did not appear. The Court explained that because the applicant or claimant failed to appear, it was denying the Motion. Accordingly, it is **ORDERED**:

1

The Motion is **DENIED** without prejudice to Debtor to filing an application for the surplus funds.

**Copy of Order to be served on:**
ShunQuita Shinta Martin, Debtor
Herbert D. Hurst, Attorney for Debtor
Chapter 13 Trustee
United States Trustee
All Creditors on the Matrix